ENT JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA SANCHEZ, ET AL. | **CASE NUMBER** |
| PLAINTIFF(S), | **CV 08-6305-DMG(FMOx)** |
| v. | |
| CITY OF COACHELLA CALIFORNIA, ET AL. | **JUDGMENT ON THE VERDICT** |
| DEFENDANTS. | **FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable DOLLY M. GEE, District Judge, presiding;  the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) LETICIA SANCHEZ, ET AL., recover of the defendants CITY OF COACHELLA CALIFORNIA, ET AL. Nothing; that the action be dismissed on the merits, pursuant to the verdict filed January 24, 2011.

Dated  January 25, 2011

at        1:00 PM.

CLERK, U.S. DISTRICT COURT

By

Deputy Clerk

cc:     Counsel of record